IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROYAL FOOD SERVICE CO., LLC,

          Plaintiff

vs.                                    Case No. _____

PUZYCKI'S PRODUCE & SPECIALTY FOODS, LLC
and BRIAN PUZYCKI, individually,

          Defendants.

_____/

## COMPLAINT
### (To Enforce Payment From Produce Trust)

       Plaintiff Royal Food Service Co., LLC ("Plaintiff"), by and through undersigned counsel, as and for its Complaint against defendants Puzycki's Produce & Specialty Foods, LLC ("Puzycki's Co.") and Brian Puzycki ("Puzycki") (Puzycki's Co and Puzycki are collectively, "Defendants") alleges as follows:

### JURISDICTION AND VENUE

       1.      Jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(5), and 28 U.S.C. §§ 1331 and 1367.

       2.      Venue in this district is based on 28 U.S.C. § 1391 because Defendants reside in this District.

       3.      This Court has personal jurisdiction over Defendant Puzycki's Co. because it is a corporation organized and operating under the laws of Florida, having its principal place of business in St. Petersburg, Florida.

       4.      This court has personal jurisdiction over Defendants Puzycki, Tangaro, and Jones because they reside in Florida.

## PARTIES

5.    Plaintiff was at all relevant times a company licensed under Georgia law with its principal place of business in Atlanta, Georgia and engaged in the business of buying and selling wholesale quantities of fresh fruits and vegetables, which are "Perishable Agricultural Commodities" as defined under the PACA ("Produce") in interstate commerce.  Plaintiff was formerly known as Royal Food Service Co., Inc. until it converted to a limited liability company.  Plaintiff has been continuously licensed under the PACA as a dealer since 1994.  Copies of Plaintiff's PACA licenses are submitted herewith as Exhibit 1.

6.    Defendant Puzycki's Co. is and was at all relevant times a Florida corporation having its principal place of business in St, Petersburg, Florida engaged in the business of buying wholesale quantities of Produce in interstate commerce and was at all relevant times subject to and licensed under the provisions of PACA as a dealer.  A copy of Purzycki's Co. PACA license information as reflected on the website for the United States Department of Agriculture, Agricultural Marketing Service at https://apps.mrp.usda.gov/public_search  is submitted herewith as Exhibit 2.

7.    Defendant Puzycki was at all relevant times the owner of Puzycki's Co. and a Reported Principal on the PACA License of Puzycki's Co., who controlled the operations of Puzycki's Co.

## GENERAL ALLEGATIONS

8.    This action is brought in part to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5(c) of the PACA, 7 U.S.C. § 499e(c).

9.    Section 5(c)(2) of the PACA, 7 U.S.C. 499e(c)(2), requires buyers of produce to hold in trust (the "PACA Trust") all "Perishable agricultural commodities received … in all transactions,

and all inventories of food or other products derived from perishable agricultural commodities, and any receivables or proceeds from the sale of such commodities or products . . ."

10.     Between February 21, 2025, and October 17, 2025, Puzycki's Co. ordered from Plaintiff and Plaintiff sold to Puzycki's Co. various loads of wholesale quantities of Produce to Puzycki's Co. (collectively, the "Puzycki's Co. Produce Sales").

11.     The total principal value of the Puzycki's Co. Produce Sales is $207,639.93, for which Plaintiff has not been paid.  A statement of account listing the invoices that comprise the Puzycki's Co. Produce Sales and copies of unpaid invoices is attached as Exhibit 3.

12.     Puzycki's Co. accepted from Plaintiff without protest each of the loads of Produce that comprise the Puzycki's Co. Produce Sales.

13.     Plaintiff issued invoices to Puzycki's Co. for each of the loads of Produce that comprise the Puzycki's Co. Produce Sales.

14.     Puzycki's Co. accepted from Plaintiff each of the invoices it received.

15.     The front side of all the invoices Plaintiff issued to Puzycki's Co. contain the following language required by 7 U.S.C. § 499e(c)(4) to preserve its rights under the PACA Trust:

> The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

*See e.g.* Exhibit 3.

16.     The front side of all the invoices Plaintiff issued to Puzycki's Co. also contain the following language regarding interest, attorneys' fees, and costs:

> Interest at 1.5% added to unpaid balance.  Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

*See e.g.* <u>Exhibit 3</u>.

17.    By including the language required by 7 U.S.C. § 499e(c)(4) on the face of its invoices to Puzycki's Co., all of the Puzycki's Co. Produce Sales are assets of the PACA Trust.

18.    Under the PACA and prevailing case law, Plaintiff is entitled to recover interest, attorneys' fees, and costs as "sums owing in connection with" the Puzycki's Co. Produce Sales.

19.    Plaintiff remains a beneficiary of the PACA Trust until full payment is made for the Principal Produce Debt plus interest, attorneys' fees, and costs, all of which constitute the value of the PACA Trust Assets belonging to Plaintiff and to which Plaintiff is entitled.

20.    Plaintiff has repeatedly demanded payment for the Puzycki's Co. Produce Sales, but Puzycki's Co. has failed and refused to pay Plaintiff in full.

**<u>Count 1 – Defendant Puzycki's Co.</u>**
**(Failure to Pay Trust Funds)**

21.    Plaintiff incorporates each and every allegation set forth in paragraphs 1-20 above as if fully set forth herein.

22.    Puzycki's Co. received and accepted each of the loads of Produce that comprise the Puzycki's Co. Produce Sales.

23.    Puzycki's Co. has failed to pay Plaintiff for the Puzycki's Co. Produce Sales.

24.    Under 7 C.F.R. § 46.46(d)(1), Puzycki's Co. is required to maintain the PACA Trust assets "in such a manner that such assets are freely available to satisfy outstanding obligations to sellers of perishable agricultural commodities."

25.    Despite repeated requests, Puzycki's Co. has failed and refused to pay Plaintiff for the Granto Produce Sales.

4

26.    Puzycki's Co.'s failure to pay Plaintiff for the Puzycki's Co. Produce Sales indicates that Puzycki's Co. has not maintained the PACA Trust.

27.    Puzycki's Co.'s failure to Plaintiff for the Puzycki's Co. Produce Sales, which are assets of the PACA Trust, is a violation of PACA and PACA regulations, and is unlawful.

28.    Puzycki's Co.'s failure to pay for the Puzycki's Co. Produce Sales has resulted in additional damages including attorneys' fees and costs and the loss of use of the money for which Plaintiff is entitled to recover interest.

WHEREFORE, Plaintiff requests an order enforcing payment from the PACA Trust by requiring immediate payment of $207,639.93, plus interest, costs, and attorneys' fees to Plaintiff.

### Count 2 – Defendant Puzycki's Co.
**(Failure to Make Prompt Payment)**

29.    Plaintiff incorporates each and every allegation set forth in paragraphs 1-20 above as if fully set forth herein.

30.    Puzycki's Co. received and accepted each of the loads of Produce that comprise the Puzycki's Co. Produce Sales.

31.    Puzycki's Co. is required to promptly tender full payment to Plaintiff for each of the loads of Produce that comprise the Puzycki's Co. Produce Sales.

32.    Puzycki's Co. failed and refused to pay for the each of the loads of Produce that comprise the Puzycki's Co. Produce Sales within ten (10) days of the date of receipt of each of the loads that comprise the Puzycki's Co. Produce Sales, as specified by 7 C.F.R. § 46.2(aa).

33.    The dates of the open, unpaid invoices range from February 21, 2025 to October 17, 2025.

34.     Puzycki's Co.'s failure to pay the each of the loads of Produce that comprise the Puzycki's Co. Produce Sales when due has resulted in additional damages including attorneys' fees and costs and the loss of use of the money for which Plaintiff is entitled to recover interest.

WHEREFORE, Plaintiff requests an order enforcing the PACA's prompt payment requirements by requiring immediate payment of $207,639.93, plus interest, costs, and attorneys' fees to Plaintiff.

### Count 3 – Defendant Puzycki
**(Breach of Fiduciary Duty to Plaintiff)**

35.     Plaintiff incorporates each and every allegation set forth in paragraphs 1-20 above as if fully set forth herein.

36.     Defendant Puzycki was at all relevant times a Reported Principal on Puzycki's Co. PACA license and an owner of Puzycki's Co.

37.     Puzycki's Co. is a closely held, private company.

38.     As the owner and Reported Principal of Puzycki's Co., Puzycki was in a position of control and exercised control over the operations and assets of Puzycki's Co., including those assets of the PACA Trust belonging to Plaintiff.

39.     As the owner and Reported Principal of Puzycki's Co., Puzycki was responsible for overseeing Puzycki's Co.'s financial dealings.

40.     Because Puzycki's Co. has failed to pay Plaintiff for the Puzycki's Co. Produce Sales, Puzycki's Co. has breached its fiduciary duties to Plaintiff.

41.     Puzycki's Co.'s failure to pay Plaintiff for the Puzycki's Co. Produce Sales, despite repeated requests for payment and without justification from Puzycki's Co., indicates that Puzycki's Co. has not maintained the PACA Trust.

42.     A corporation's fiduciary duties are borne by the officers, directors, and owners who are in positions of control over the company.

43.     As the owner and Reported Principal of Puzycki's Co., Puzycki had a fiduciary duty to direct Puzycki's Co. to fulfill its statutory duties as a trustee of the PACA Trust.

44.     As the owner and Reported Principal of Puzycki's Co., Puzycki had a fiduciary duty to ensure that Puzycki's Co. issued payment to Plaintiff, the PACA Trust beneficiary, for the Puzycki's Co. Produce Sales.

45.     Puzycki breached his fiduciary duty to ensure that Puzycki's Co. paid Plaintiff, the PACA Trust beneficiary, for the Puzycki's Co. Produce Sales because Puzycki's Co. has not issued payment to Plaintiff despite repeated demands.

46.     As the owner and Reported Principal of Puzycki's Co., Puzycki had a fiduciary duty to ensure that Puzycki's Co. maintained the PACA Trust such that the assets were "freely available" to pay Plaintiff.

47.     As the owner and Reported Principal of Puzycki's Co., Puzycki breached his fiduciary duty to ensure that Puzycki's Co. preserved the PACA Trust.

48.     As the owner and Reported Principal of Puzycki's Co., Puzycki knew or should have known that Puzycki's Co. had failed to issue payment to Plaintiff from the PACA Trust.

49.     As the owner and Reported Principal of Puzycki's Co., Puzycki knew or should have known that Puzycki's Co. had failed to maintain the PACA Trust.

50.     Plaintiff has been deprived of its rights as a beneficiary of the PACA Trust, because it has not received payment as required.

WHEREFORE, Plaintiff requests judgment against Defendant Puzycki in the amount of $207,639.93, plus interest, costs, and attorneys' fees.

## Count 4 – Defendant Puzycki's Co.
### (Breach of Contract)

51.     Plaintiff incorporates each and every allegation set forth in paragraphs 1-20 above as if fully set forth herein.

52.     Puzycki's Co. ordered all of the loads that comprise the Puzycki's Co. Produce Sales.

53.     Puzycki's Co. received and accepted without objection each of the loads that compromise the Puzycki's Co. Produce Sale.

54.     Plaintiff issued invoices to Puzycki's Co. for each of loads that comprise the Puzycki's Co. Produce Sales.

55.     Puzycki's Co. received Plaintiff's invoices without objection on or about the dates indicated on the faces of the invoices.

56.     Plaintiff's invoices to Puzycki's Co. represent valid and enforceable contracts between the Parties.

57.     Plaintiff has performed all of the duties, obligations, and conditions precedent on its part to be performed under the invoices and the Parties' agreements.

58.     Puzycki's Co. breached the Parties' contracts by failing to issue payment for the Puzycki's Co. Produce Sales.

59.     As a direct and proximate result of the breaches of contracts by Puzycki's Co., Plaintiff has suffered damages in the principal amount of $207,639.93, plus interest from the date each invoice became past due, costs and attorneys' fees.

WHEREFORE, Plaintiff requests judgment against Defendant Puzycki's Co. for its breach of contract in the amount of $207,639.93, plus interest and attorneys' fees.

## Count 5 – All Defendants
### (Interest and Attorneys' Fees)

60.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 22 above as if fully set forth herein.

61.    As a result of Defendants' failure to make full payment promptly for the Puzycki's Co. Produce Sales, Plaintiff has lost the use of said money.

62.    As a further result of Defendants' failure to make full payment promptly for the Puzycki's Co. Produce Sales, Plaintiff has been required to pay attorney's fees and costs in order to bring this action to require Defendants to comply with their statutory duties.

63.    PACA and the Invoices entitle Plaintiff to recover prejudgment interest, attorney's fees, and costs incurred to collect any balance due from Defendants.

WHEREFORE, Plaintiff requests judgment against each of the Defendants, jointly and severally, for prejudgment interest, attorneys' fees , and costs.

Dated this 13th day of November, 2025.

> FURR AND COHEN, P.A.
> Attorney for Plaintiff
> 2255 Glades Road, Suite 419A
> Boca Raton, FL 33431
> (561) 395-0500/(561)338-7532-fax
>
> By /s/ Marc P. Barmat
> MARC P. BARMAT
> Florida Bar No. 0022365
> Email:  mbarmat@furrcohen.com

Exhibit

1

**USDA**

U.S. DEPARTMENT OF AGRICULTURE
AGRICULTURAL MARKETING SERVICE
FAIR TRADE PRACTICES PROGRAM,
P.A.C.A. DIVISION
NATIONAL LICENSE CENTER
1400 Independence Ave SW
Room 1510 Stop 0242
Washington DC, 20250-0242
(800) 495-PACA

**LICENSE CERTIFICATE**
(Issued Under the Perishable Agricultural
Commodities Act - 7 U.S.C. 499a - 499s)

| 1. LICENSE NO. | 2. ANNIVERSARY DATE | 3. TYPE OF BUSINESS | 4. NATURE OF BUSINESS | 5. OWNERSHIP TYPE | 6. NO. OF BRANCHES |
|---|---|---|---|---|---|
| 20250665 | 05-07-2026 | FRESH | WHOLESALE DEALER | LIMITED LIABILITY COMPANY (LLC) | 0 |

ATTN:
ROYAL FOOD SERVICE CO LLC
PO BOX 162389
ATLANTA, GA 30321

BUS: 3720 ZIP INDUSTRIAL
BOULEVARD SE
ATLANTA, GA 30354

Read
*"NOTICE TO LICENSEE"*
on reverse side

*LICENSEE:*
*Please examine this*
*Certificate for accuracy.*
*Report errors to P.A.C.A.*
*Office at above address*

**Phone:** (678) 686-2234    **Fax:** (678) 695-6911    **Email:** MMCCLENDON@ROYALFOODSERVICE.COM

**EIN:** ▮▮▮▮▮    STATE IN WHICH INCORPORATED OR FORMED: GA    DATE INCORPORATED: 07-07-1994

PRINCIPALS -OWNERS, PARTNERS, OFFICERS, DIRECTORS, MEMBERS, AND HOLDERS OF MORE THAN 10% OF STOCK

| NAME (LAST - FIRST - MIDDLE INITIAL) | TITLE |
|---|---|
| ADAM FLEMING | MEMBER, CHIEF EXECUTIVE OFFICER |
| MARY WHITEHURST | MEMBER |
| GREGORY WHITEHURST | MEMBER |
| MICHAEL WHITEHURST | MEMBER |
| TCP ROYAL SPV L.P | STOCKHOLDER |
| CRAIG FLEMING | MEMBER |
| MARK MCCLENDON | MEMBER, CHIEF FINANCIAL OFFICER |
| MARK WHITEHURST | MEMBER, VICE PRESIDENT |
| AUSTIN FLEMING | SECRETARY, TREASURER, MEMBER |
| MICHAEL WHITEHURST | MEMBER |
| AUSTIN FLEMING | SECRETARY, TREASURER, MEMBER |
| CRAIG FLEMING | MEMBER |
| MARK WHITEHURST | MEMBER, VICE PRESIDENT |
| GREGORY WHITEHURST | MEMBER |
| TCP ROYAL SPV L.P | STOCKHOLDER |
| MARY WHITEHURST | MEMBER |
| MARK MCCLENDON | MEMBER, CHIEF FINANCIAL OFFICER |
| ADAM FLEMING | MEMBER, CHIEF EXECUTIVE OFFICER |

MULTIPLE TRADE NAMES AND BRANCHES :

This is to certify that the above is licensed under the Perishable Agricultural Commodities Act, 1930, to handle fresh and frozen fruits and vegetables as a commission merchant and/or dealer, and/or broker as defined in said Act until such time as this license is suspended, revoked or terminated.

FV-231
(10-02)
CG: HFDL

*Michael V. Durando*

DEPUTY ADMINISTRATOR, FAIR TRADE PRACTICES PROGRAM

NOTICE TO LICENSEE

This license covers transactions conducted only by the licensee to whom issued.

Licensees are required to promptly notify the Department of any changes to their license. This includes change of address, changes to principals, branches and trade names. More than one trade name may be used by an entity and covered by the same licensee after approval by the Department of Agriculture.

When there are any changes in ownership of a business, an additional or withdrawal of member of a partnership, or in case the business is conducted under a different corporate charter, a new license is required.

Report all changes to:          U.S. Department of Agriculture
                                Agricultural Marketing Service
                                Speciality Crops Program, PACA Branch
                                National License Center
                                1400 Independence Ave SW RM 1522S
                                Washington, D.C. 20250-0242


Questions, call (800) 495-7222 or email PACALicense@ams.usda.gov

Visit our website at www.ams.usda.gov/paca

Executive Order 9397 and 7 USC 499, et. Seq., authorize solicitation of information. Disclosure is mandatory to evaluate eligibility of license. Failure to provide information may cause delay in processing the application. Infomation may be referred to: Department of Justice and other agencies, whether Federal, State, local or foreign responsible for implementing, or for investigation or processing violations of the applicable statute, rule regulation or order; to a court, magistrate, or administrative tribunal; or to a Congressional office in response to constituent's request about his/her records.

FV-231 (04-14) Reverse



U.S. DEPARTMENT OF AGRICULTURE
AGRICULTURAL MARKETING SERVICE
FAIR TRADE PRACTICES PROGRAM, P.A.
C.A. DIVISION
NATIONAL LICENSE CENTER
1400 Independence Ave SW
Room 1510 Stop 0242
Washington DC, 20250-0242
(800) 495-PACA

**LICENSE CERTIFICATE**
(Issued Under the Perishable Agricultural
Commodities Act - 7 U.S.C. 499a - 499s)

| 1. LICENSE NO. 19941553 | 2. ANNIVERSARY DATE 07-14-2025 | 3. TYPE OF BUSINESS FRESH | 4. NATURE OF BUSINESS FOOD SERVICE | 5. OWNERSHIP TYPE CORPORATION | 6. NO. OF BRANCHES 0 |
|---|---|---|---|---|---|

ATTN: ROYAL FOOD SERVICE INC
ROYAL FOOD SERVICE INC
P O BOX 162389
ATLANTA, GA 30321-0000

*Read*
*"NOTICE TO LICENSEE"*
*on reverse side*

*LICENSEE:*
*Please examine this*
*Certificate for accuracy.*
*Report errors to P.A.C.A.*
*Office at above address*

BUS: 3720 ZIP INDUSTRIAL BLVD
ATLANTA, GA 30354-0000

**Phone:** (678) 686-2234      **Fax:** (678) 686-2239          **Email:** MMCCLENDON@ROYALFOODSERVICE.COM

**EIN:** ▮▮▮▮      STATE IN WHICH INCORPORATED OR FORMED: GA          DATE INCORPORATED: 1994-06-15

**PRINCIPALS -OWNERS, PARTNERS, OFFICERS, DIRECTORS, MEMBERS, AND HOLDERS OF MORE THAN 10% OF STOCK**

| NAME (LAST - FIRST - MIDDLE INITIAL) | TITLE |
|---|---|
| GREGORY WHITEHURST | SECRETARY |
| FLEMING TR AUSTIN W, AUSTIN FLEMING | STOCKHOLDER |
| CRAIG FLEMING | CHIEF EXECUTIVE OFFICER |
| FLEMING TR ADAM C, ADAM FLEMING | PRESIDENT |

**MULTIPLE TRADE NAMES AND BRANCHES :**

This is to certify that the above is licensed under the Perishable Agricultural Commodities Act, 1930, to handle fresh and frozen fruits and vegetables as a commission merchant and/or dealer, and/or broker as defined in said Act until such time as this license is suspended, revoked or terminated.

FV-231
(10-02)
CG: HFDL

DEPUTY ADMINISTRATOR, FAIR TRADE PRACTICES PROGRAM

NOTICE TO LICENSEE

This license covers transactions conducted only by the licensee to whom issued.

Licensees are required to promptly notify the Department of any changes to their license. This includes change of address, changes to principals, branches and trade names. More than one trade name may be used by an entity and covered by the same licensee after approval by the Department of Agriculture.

When there are any changes in ownership of a business, an additional or withdrawal of member of a partnership, or in case the business is conducted under a different corporate charter, a new license is required.

Report all changes to:           U.S. Department of Agriculture
Agricultural Marketing Service
Speciality Crops Program, PACA Branch
National License Center
1400 Independence Ave SW RM 1522S
Washington, D.C. 20250-0242

Questions, call (800) 495-7222 or email PACALicense@ams.usda.gov

Visit our website at www.ams.usda.gov/paca

Executive Order 9397 and 7 USC 499, et. Seq., authorize solicitation of information. Disclosure is mandatory to evaluate eligibility of license. Failure to provide information may cause delay in processing the application. Infomation may be referred to: Department of Justice and other agencies, whether Federal, State, local or foreign responsible for implementing, or for investigation or processing violations of the applicable statute, rule regulation or order; to a court, magistrate, or administrative tribunal; or to a Congressional office in response to constituent's request about his/her records.

FV-231 (04-14) Reverse

Exhibit

2

# PUZYCKI'S PRODUCE & SPECIALTY FOODS LLC

🖨 Print

## 📇 License

**License No.**
20131223

**Date Issued**
2013-08-20

**Anniversary Date**
2026-08-20

**Status**
Active

## 📇 Contacts

**Phone**
(727) 576-8151

**Fax**
(727) 823-2309

**Email**
HOMEOFFICE.FARMFRESHPRODUCE@GMAIL.COM

**Web Address**
www.farmfreshfl.com

## 📍 Business Address

**Address**
1955 3RD AVE S

**City**
ST PETERSBURG

**State**
FL

**Zip**
33712

## ✉ Mailing Address

**Address**
PO BOX 55701

**City**
ST PETERSBURG

**State**
FL

**Zip**
33732

## 📋 Informal Complaints

**No. of Informal Reparation Complaints**
0

**No. of Disputed Informal Reparation Complaints**
0

## 📋 Formal Complaints

**No. of Formal Reparation Complaints**
0

**No. of Disputed Formal Reparation Complaint**
0

**Total Formal Claim Amount**
$0.00

### Reported Principal(s) (First & Last Name, Entity Name, Estate or Trust Name)

BRIAN PUZYCKI

### Trade Name(s)

**Branch(es)**

| Branch Name | City | State |
| --- | --- | --- |
| PUZYCKI'S PRODUCE | VERO BEACH | FL |

Exhibit

3

# Statement

| | | |
|---|---|---|
| Document Date | 11/07/25 | |
| Statement | 28 | |
| Starting Date | 12/16/23 | |
| Ending Date | 11/07/25 | |



Farm Fresh Produce
Connie Puzyck
1955 3rd Ave S.
ST PETERSBURG, FL 33712, United States

Royal Fresh Cuts
3675 Zip Industrial Blvd SE
Atlanta, GA 30354-2934 United
States
Phone No. 404-721-2188

| Posting Date | Document No. | Description | Due Date | Original Amount | Remaining Amount | Running Total |
|---|---|---|---|---|---|---|
| Entries USD | | | | | | 0.00 |
| 02/21/25 | SI018049 | Order 214584 | 03/14/25 | 25,662.44 | 24,662.44 | 24,662.44 |
| 02/28/25 | SI018261 | Order 214925 | 03/21/25 | 33,334.20 | 32,961.60 | 57,624.04 |
| 03/07/25 | SI018453 | Order 215105 | 03/28/25 | 16,626.15 | 16,626.15 | 74,250.19 |
| 03/14/25 | SI018637 | Order 215212 | 04/04/25 | 16,072.01 | 16,072.01 | 90,322.20 |
| 03/21/25 | SI018819 | Order 215460 | 04/11/25 | 29,621.00 | 29,621.00 | 119,943.20 |
| 03/28/25 | SI019025 | Order 215704 | 04/18/25 | 16,655.00 | 16,655.00 | 136,598.20 |
| 04/11/25 | SI019404 | Order 216098 | 05/02/25 | 3,150.00 | 3,150.00 | 139,748.20 |
| 04/18/25 | SI019607 | Order 216297 | 05/09/25 | 13,084.58 | 13,084.58 | 152,832.78 |
| 04/25/25 | SI019804 | Order 216492 | 05/16/25 | 21,823.80 | 21,823.80 | 174,656.58 |
| 05/08/25 | SI020195 | Order 216887 | 05/29/25 | 5,963.46 | 5,963.46 | 180,620.04 |
| 05/16/25 | SI020417 | Order 217099 | 06/06/25 | 5,527.64 | 5,527.64 | 186,147.68 |
| 10/17/25 | SI024180 | Order 221048 | 11/07/25 | 21,492.25 | 21,492.25 | 207,639.93 |
| | | | | | **Total USD** | **207,639.93** |

# ROYAL
## — FRESH CUTS —

Royal Fresh Cuts

3675 Zip Industrial Blvd SE

Atlanta, GA 30354-2934
United States

# Invoice
# SI018049

Route:828                                              Stop:0

214584/030335

| Bill To: | Deliver To: |
|---|---|
| Farm Fresh Produce | Farm Fresh Produce |
| Connie Puzyck | Connie Puzyck |
| 1955 3rd Ave S. | 1955 3rd Ave S. |
| ST PETERSBURG, FL 33712 | ST PETERSBURG, FL 33712 |
| United States | United States |

| Invoice No. | Invoice Date | Customer Account Code | | Terms |
|---|---|---|---|---|
| SI018049 | 2/21/2025 | FARMFRESH/ FARMFRESH | | Net 21 Days |
| **Our Order No.** | **Route / Stop** | **Sales Person** | **Order Taker** | **Purchase Order No.** |
| 214584 | 828/ 0 | | | 030335 |

| Quanity | | | Customer | | | | |
|---|---|---|---|---|---|---|---|
| Ordered | Shipped | UOM | Code | Description | Pack Size | Unit Price | Amount |
| 87 | 87 | Case | | IW Fruit Mix Apple/Grape | 50-4oz Bags | 34.50 | 3,001.50 |
| 120 | 120 | Case | | IW Apple Grins | 100-2oz Bags | 22.50 | 2,700.00 |
| 288 | 288 | Case | | IW Grapefruit Wedges | 50-4oz Bags | 48.10 | 13,852.80 |
| 21 | 21 | Case | | IW Honeydew Cubed | 50-3oz Bags | 28.65 | 601.65 |
| 20 | 20 | Case | | IW Fruit Mix Honeydew/Red Grape | 50-3oz Bags | 44.89 | 897.80 |
| 6 | 6 | Case | | Onion Yellow Julienne 1/4" | 4-5# Bags | 25.76 | 154.56 |
| 111 | 111 | Case | | IW Pineapple Cubed | 50-3oz Bags | 36.43 | 4,043.73 |
| 3 | 3 | Case | | Onion Red Julienne 1/4" | 4-5# Bags | 43.05 | 129.15 |
| 3 | 3 | Case | | Pepper Green Julienne 1/4" | 4-5# Bags | 28.15 | 84.45 |
| 6 | 6 | Case | | Pepper Red Julienne 1/4" | 2-5# Trays | 32.80 | 196.80 |

**For order discrepancy please email ar@royalfreshcuts.com within 24 hours of delivery.**

Maintain temp at 34 degrees continuous

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

|  | | |
|---|---|---|
| | Subtotal | **25662.44** |
| **Received by:** | Total Invoice | **25662.44** |
| **Time in:** **Cases= 665  Splits= 665** | Adjusted Total | 25662.44 |

# ROYAL
## — FRESH CUTS —

Royal Fresh Cuts

3675 Zip Industrial Blvd SE

Atlanta, GA 30354-2934
United States

**Invoice**
**SI018261**

Route:828      Stop:0

214925/030433

Bill To:
Farm Fresh Produce
Connie Puzyck
1955 3rd Ave S.
ST PETERSBURG, FL 33712
United States

Deliver To:
Farm Fresh Produce
Connie Puzyck
1955 3rd Ave S.
ST PETERSBURG, FL 33712
United States

| Invoice No. | Invoice Date | Customer Account Code | | Terms |
|---|---|---|---|---|
| SI018261 | 2/28/2025 | FARMFRESH/ FARMFRESH | | Net 21 Days |
| **Our Order No.** | **Route / Stop** | **Sales Person** | **Order Taker** | **Purchase Order No.** |
| 214925 | 828/ 0 | | | 030433 |

| Quanity | | | Customer | | | | |
|---|---|---|---|---|---|---|---|
| **Ordered** | **Shipped** | **UOM** | **Code** | **Description** | **Pack Size** | **Unit Price** | **Amount** |
| 76 | 76 | Case | | IW Fruit Mix Apple/Grape | 50-4oz Bags | 34.50 | 2,622.00 |
| 220 | 220 | Case | | IW Apple Grins | 100-2oz Bags | 22.50 | 4,950.00 |
| 9 | 9 | Case | | IW Broccoli Florets | 50-3oz Bags | 30.00 | 270.00 |
| 225 | 225 | Case | | IW Fruit Mix Honeydew/Red Grape | 50-3oz Bags | 44.89 | 10,100.25 |
| 20 | 20 | Case | | IW Mango Cubed | 50-3oz Bags | 48.85 | 977.00 |
| 100 | 100 | Case | | IW Pineapple Cubed | 50-3oz Bags | 36.43 | 3,643.00 |
| 227 | 227 | Case | | IW Mix Cucumber/Jicama/Pineapple | 50-2oz Bags | 31.05 | 7,048.35 |
| 87 | 87 | Case | | IW Veg Mix Broccoli/Cauliflower | 50-3oz Bags | 42.80 | 3,723.60 |

**For order discrepancy please email ar@royalfreshcuts.com within 24 hours of delivery.**

**Maintain temp at 34 degrees continuous**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| | Subtotal | **33334.20** |
| **Received by:** | Total Invoice | **33334.20** |
| **Time in:**    **Cases= 964  Splits= 964** | Adjusted Total | **33334.20** |

**ROYAL**
— FRESH CUTS —

Royal Fresh Cuts

3675 Zip Industrial Blvd SE

Atlanta, GA 30354-2934
United States

# Invoice
# SI018453

Route:812                                              Stop:0

215105/030525

Bill To:                                          Deliver To:
Farm Fresh Produce                                Farm Fresh Produce
Connie Puzyck                                     Connie Puzyck
1955 3rd Ave S.                                   1955 3rd Ave S.
ST PETERSBURG, FL 33712                           ST PETERSBURG, FL 33712
United States                                     United States

| Invoice No. | Invoice Date | Customer Account Code | | Terms |
|---|---|---|---|---|
| SI018453 | 3/7/2025 | FARMFRESH/ FARMFRESH | | Net 21 Days |
| **Our Order No.** | **Route / Stop** | **Sales Person** | **Order Taker** | **Purchase Order No.** |
| 215105 | 812/ 0 | | | 030525 |

| Quanity | | | Customer | | | | |
|---|---|---|---|---|---|---|---|
| **Ordered** | **Shipped** | **UOM** | **Code** | **Description** | **Pack Size** | **Unit Price** | **Amount** |
| 70 | 70 | Case | | IW Fruit Mix Apple/Grape | 50-4oz Bags | 34.50 | 2,415.00 |
| 125 | 125 | Case | | IW Apple Grins | 100-2oz Bags | 22.50 | 2,812.50 |
| 4 | 4 | Case | | IW Broccoli Florets | 50-3oz Bags | 30.00 | 120.00 |
| 1 | 1 | Case | | IW Grapefruit Wedges | 50-4oz Bags | 56.55 | 56.55 |
| 222 | 222 | Case | | IW Tangerine Honey Wedges | 50-2oz Bags | 50.55 | 11,222.10 |

**For order discrepancy please email ar@royalfreshcuts.com within 24 hours of delivery.**

**Maintain temp at 34 degrees continuous**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| | Subtotal | 16626.15 |
| **Received by:** | Total Invoice | **16626.15** |
| **Time in:**   **Cases= 422  Splits= 422** | Adjusted Total | **16626.15** |

# ROYAL
## — FRESH CUTS —

Royal Fresh Cuts

3675 Zip Industrial Blvd SE

Atlanta, GA 30354-2934
United States

# Invoice
# SI018637

Route:828                                          Stop:0

215212/030629

Bill To:                                           Deliver To:
Farm Fresh Produce                                 Farm Fresh Produce
Connie Puzyck                                      Connie Puzyck
1955 3rd Ave S.                                    1955 3rd Ave S.
ST PETERSBURG, FL 33712                            ST PETERSBURG, FL 33712
United States                                      United States

| Invoice No. | Invoice Date | Customer Account Code | | Terms |
|---|---|---|---|---|
| SI018637 | 3/14/2025 | FARMFRESH/ FARMFRESH | | Net 21 Days |
| Our Order No. | Route / Stop | Sales Person | Order Taker | Purchase Order No. |
| 215212 | 828/ 0 | | | 030629 |

| Quanity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ordered | Shipped | UOM | Customer Code | Description | Pack Size | Unit Price | Amount |
| 277 | 277 | Case | | IW Root Parsnip Coins | 50-3oz Bags | 46.70 | 12,935.90 |
| 2 | 2 | Case | | Tomato Diced 1/4" | 1-5# Tray | 14.50 | 29.00 |
| 1 | 1 | Case | | IW Apple Grins | 100-2oz Bags | 22.50 | 22.50 |
| 8 | 8 | Case | | IW Cantaloupe Cubed | 50-3oz Bags | 35.95 | 287.60 |
| 110 | 110 | Case | | IW Carrot Baby | 100-2oz Bags | 22.00 | 2,420.00 |
| 1 | 1 | Case | | IW Celery Bites | 50-3oz Bags | 31.60 | 31.60 |
| 1 | 1 | Case | | IW Cucumber Sliced 1/4" | 50-3oz Bags | 26.40 | 26.40 |
| 2 | 2 | Case | | IW Grapefruit Wedges | 50-4oz Bags | 56.55 | 113.10 |
| 1 | 1 | Case | | IW Fruit Mix Honeydew/Red Grape | 50-3oz Bags | 44.89 | 44.89 |
| 1 | 1 | Case | | IW Mango Cubed | 50-3oz Bags | 48.85 | 48.85 |
| 1 | 1 | Case | | IW Orange Wedges | 50-4oz Bags | 37.64 | 37.64 |
| 1 | 1 | Case | | IW Pineapple Cubed | 50-3oz Bags | 36.43 | 36.43 |
| 1 | 1 | Case | | IW Tomato Cherry Heirloom | 50-3oz Bags | 38.10 | 38.10 |

**For order discrepancy please email ar@royalfreshcuts.com within 24 hours of delivery.**

Maintain temp at 34 degrees continuous

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| | Subtotal | 16072.01 |
| **Received by:** | Total Invoice | 16072.01 |
| **Time in:** | **Cases= 407  Splits= 407** | Adjusted Total |
| | | 16072.01 |



Royal Fresh Cuts

3675 Zip Industrial Blvd SE

Atlanta, GA 30354-2934
United States

# Invoice
# SI018819

Route:828                                          Stop:0

215460/030713

| Bill To: | Deliver To: |
|---|---|
| Farm Fresh Produce | Farm Fresh Produce |
| Connie Puzyck | Connie Puzyck |
| 1955 3rd Ave S. | 1955 3rd Ave S. |
| ST PETERSBURG, FL 33712 | ST PETERSBURG, FL 33712 |
| United States | United States |

| Invoice No. | Invoice Date | Customer Account Code | | Terms |
|---|---|---|---|---|
| SI018819 | 3/21/2025 | FARMFRESH/ FARMFRESH | | Net 21 Days |
| **Our Order No.** | **Route / Stop** | **Sales Person** | **Order Taker** | **Purchase Order No.** |
| 215460 | 828/ 0 | | | 030713 |

| Quanity | | | Customer | | | | |
|---|---|---|---|---|---|---|---|
| **Ordered** | **Shipped** | **UOM** | **Code** | **Description** | **Pack Size** | **Unit Price** | **Amount** |
| 78 | 78 | Case | | IW Fruit Mix Apple/Grape | 50-4oz Bags | 34.50 | 2,691.00 |
| 310 | 310 | Case | | IW Apple Grins | 100-2oz Bags | 22.50 | 6,975.00 |
| 7 | 7 | Case | | IW Broccoli Florets | 50-3oz Bags | 30.00 | 210.00 |
| 222 | 222 | Case | | IW Fruit Mix Honeydew/Lime | 50-2oz Bags | 29.15 | 6,471.30 |
| 242 | 242 | Case | | IW Tangelo Wedges | 50-2oz Bags | 54.85 | 13,273.70 |

**For order discrepancy please email ar@royalfreshcuts.com within 24 hours of delivery.**

Maintain temp at 34 degrees continuous

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| **Received by:** _____ | Subtotal | 29621.00 |
| | Total Invoice | **29621.00** |
| **Time in:** | **Cases= 859  Splits= 859** | Adjusted Total | **29621.00** |

# ROYAL
## — FRESH CUTS —

Royal Fresh Cuts

3675 Zip Industrial Blvd SE

Atlanta, GA 30354-2934
United States

# Invoice
# SI019025

Route:828                                    Stop:2

215704/030828

Bill To:                                                    Deliver To:
Farm Fresh Produce                                          Farm Fresh Produce
Connie Puzyck                                               Connie Puzyck
1955 3rd Ave S.                                             1955 3rd Ave S.
ST PETERSBURG, FL 33712                                     ST PETERSBURG, FL 33712
United States                                               United States

| Invoice No. | Invoice Date | Customer Account Code | | Terms |
|---|---|---|---|---|
| SI019025 | 3/28/2025 | FARMFRESH/ FARMFRESH | | Net 21 Days |
| **Our Order No.** | **Route / Stop** | **Sales Person** | **Order Taker** | **Purchase Order No.** |
| 215704 | 828/ 2 | | | 030828 |

| Quanity | | | Customer | | | | |
|---|---|---|---|---|---|---|---|
| **Ordered** | **Shipped** | **UOM** | **Code** | **Description** | **Pack Size** | **Unit Price** | **Amount** |
| 34 | 34 | Case | | IW Fruit Mix Apple/Grape | 50-4oz Bags | 34.50 | 1,173.00 |
| 232 | 232 | Case | | IW Apple Grins | 100-2oz Bags | 22.50 | 5,220.00 |
| 4 | 4 | Case | | IW Broccoli Florets | 50-3oz Bags | 30.00 | 120.00 |
| 100 | 100 | Case | | IW Cantaloupe Cubed | 50-3oz Bags | 35.95 | 3,595.00 |
| 10 | 10 | Case | | IW Pineapple Cubed | 50-3oz Bags | 36.43 | 364.30 |
| 222 | 222 | Case | | IW Mix Jicama/Lime | 50-2oz Bags | 27.85 | 6,182.70 |

**For order discrepancy please email ar@royalfreshcuts.com within 24 hours of delivery.**

**Maintain temp at 34 degrees continuous**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| | Subtotal | 16655.00 |
| **Received by:** _____ | Total Invoice | 16655.00 |
| | Adjusted | |
| **Time in:** **Cases= 602  Splits= 602** | Total | 16655.00 |

# ROYAL
## – FRESH CUTS –

Royal Fresh Cuts

3675 Zip Industrial Blvd SE

Atlanta, GA 30354-2934
United States

# Invoice
# SI019404

Route:828      Stop:0

216098/031037

| Bill To: | Deliver To: |
|---|---|
| Farm Fresh Produce | Farm Fresh Produce |
| Connie Puzyck | Connie Puzyck |
| 1955 3rd Ave S. | 1955 3rd Ave S. |
| ST PETERSBURG, FL 33712 | ST PETERSBURG, FL 33712 |
| United States | United States |

| Invoice No. | Invoice Date | Customer Account Code | | Terms |
|---|---|---|---|---|
| SI019404 | 4/11/2025 | FARMFRESH/ FARMFRESH | | Net 21 Days |
| **Our Order No.** | **Route / Stop** | **Sales Person** | **Order Taker** | **Purchase Order No.** |
| 216098 | 828/ 0 | | | 031037 |

| Quanity | | | Customer | | | | |
|---|---|---|---|---|---|---|---|
| Ordered | Shipped | UOM | Code | Description | Pack Size | Unit Price | Amount |
| 140 | 140 | Case | | IW Apple Grins | 100-2oz Bags | 22.50 | 3,150.00 |

**For order discrepancy please email ar@royalfreshcuts.com within 24 hours of delivery.**

Maintain temp at 34 degrees continuous

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| | Subtotal | 3150.00 |
| **Received by:** | Total Invoice | **3150.00** |
| **Time in:**    **Cases= 140  Splits= 140** | Adjusted Total | **3150.00** |

**ROYAL**
— FRESH CUTS —

Royal Fresh Cuts

3675 Zip Industrial Blvd SE

Atlanta, GA 30354-2934
United States

# Invoice
# SI019607

Route:828                                                    Stop:0

216297/031148

Bill To:                                          Deliver To:
Farm Fresh Produce                                Farm Fresh Produce
Connie Puzyck                                     Connie Puzyck
1955 3rd Ave S.                                   1955 3rd Ave S.
ST PETERSBURG, FL 33712                           ST PETERSBURG, FL 33712
United States                                     United States

| Invoice No. | Invoice Date | Customer Account Code | | Terms |
|---|---|---|---|---|
| SI019607 | 4/18/2025 | FARMFRESH/ FARMFRESH | | Net 21 Days |
| Our Order No. | Route / Stop | Sales Person | Order Taker | Purchase Order No. |
| 216297 | 828/ 0 | | | 031148 |

| Ordered | Shipped | UOM | Customer Code | Description | Pack Size | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 110 | 110 | Case | | IW Apple Grins | 100-2oz Bags | 22.50 | 2,475.00 |
| 109 | 109 | Case | | IW Grape Red | 50-3oz Bags | 50.12 | 5,463.08 |
| 17 | 17 | Case | | IW Broccoli Florets | 50-3oz Bags | 30.00 | 510.00 |
| 85 | 73 | Case | | IW Chard Green Swiss | 50-1/2 Cup Bags | 42.50 | 3,102.50 |
| 20 | 20 | Case | | IW Mix Jicama/Lime | 50-2oz Bags | 27.85 | 557.00 |
| 20 | 20 | Case | | IW Mango Cubed | 50-3oz Bags | 48.85 | 977.00 |

**For order discrepancy please email ar@royalfreshcuts.com within 24 hours of delivery.**

**Maintain temp at 34 degrees continuous**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| Subtotal | 13084.58 |
| **Received by:** _____ Total Invoice | 13084.58 |
| **Time in:**        **Cases= 349   Splits= 349** Adjusted Total | 13084.58 |

# ROYAL
— FRESH CUTS —

Royal Fresh Cuts

3675 Zip Industrial Blvd SE

Atlanta, GA 30354-2934
United States

# Invoice
# SI019804

Route:828                                              Stop:0

216492/031211

Bill To:                                               Deliver To:
Farm Fresh Produce                                     Farm Fresh Produce
Connie Puzyck                                          Connie Puzyck
1955 3rd Ave S.                                        1955 3rd Ave S.
ST PETERSBURG, FL 33712                                ST PETERSBURG, FL 33712
United States                                          United States

| Invoice No. | Invoice Date | Customer Account Code | | Terms |
|---|---|---|---|---|
| SI019804 | 4/25/2025 | FARMFRESH/ FARMFRESH | | Net 21 Days |
| **Our Order No.** | **Route / Stop** | **Sales Person** | **Order Taker** | **Purchase Order No.** |
| 216492 | 828/ 0 | | | 031211 |

| Quanity | | UOM | Customer Code | Description | Pack Size | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| **Ordered** | **Shipped** | | | | | | |
| 80 | 80 | Case | | IW Apple Grins | 100-2oz Bags | 22.50 | 1,800.00 |
| 16 | 16 | Case | | IW Broccoli Florets | 50-3oz Bags | 30.00 | 480.00 |
| 85 | 85 | Case | | IW Pineapple Cubed | 50-3oz Bags | 38.98 | 3,313.30 |
| 222 | 222 | Case | | IW Satsuma Wedges | 50-2oz Bags | 43.50 | 9,657.00 |
| 10 | 10 | Case | | Carrot Shredded 1/8" | 4-5# Bags | 15.20 | 152.00 |
| 5 | 5 | Case | | W Carrot Sticks 3/8" | 4-5# Bags | 32.10 | 160.50 |
| 1 | 1 | Case | | Carrot Diced 1/4" | 4-5# Bags | 21.00 | 21.00 |
| 100 | 100 | Case | | Pepper Yellow Julienne 1/4" | 4-5# Bags | 62.40 | 6,240.00 |

**For order discrepancy please email ar@royalfreshcuts.com within 24 hours of delivery.**

**Maintain temp at 34 degrees continuous**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

|  | Subtotal | **21823.80** |
|---|---|---|
| **Received by:** | Total Invoice | **21823.80** |
| **Time in:**    **Cases= 519   Splits= 519** | Adjusted Total | **21823.80** |



Royal Fresh Cuts

3675 Zip Industrial Blvd SE

Atlanta, GA 30354-2934
United States

# Invoice
# SI020195

Route:801                                                    Stop:3

216887/031415

Bill To:                                         Deliver To:
Farm Fresh Produce                               Farm Fresh Produce- Vero Beach
Connie Puzyck                                    3700 9th St. SW
1955 3rd Ave S.                                  VERO BEACH, FL 32968
ST PETERSBURG, FL 33712                          United States
United States

| Invoice No. | Invoice Date | Customer Account Code | | Terms |
|---|---|---|---|---|
| SI020195 | 5/8/2025 | FARMFRESH/ FARMF-VEROBEACH | | Net 21 Days |
| **Our Order No.** | **Route / Stop** | **Sales Person** | **Order Taker** | **Purchase Order No.** |
| 216887 | 801/ 3 | | | 031415 |

| Quanity | | | Customer | | | | |
|---|---|---|---|---|---|---|---|
| **Ordered** | **Shipped** | **UOM** | **Code** | **Description** | **Pack Size** | **Unit Price** | **Amount** |
| 95 | 95 | Case | | IW Apple Grins | 100-2oz Bags | 22.50 | 2,137.50 |
| 11 | 11 | Case | | IW Broccoli Florets | 50-3oz Bags | 30.00 | 330.00 |
| 10 | 10 | Case | | IW Carrot Baby | 100-2oz Bags | 22.10 | 221.00 |
| 43 | 43 | Case | | IW Grape Red | 50-3oz Bags | 50.12 | 2,155.16 |
| 2 | 2 | Case | | Onion Yellow Diced 1/4" | 4-5# Bags | 25.76 | 51.52 |
| 3 | 3 | Case | | Onion Yellow Julienne 1/4" | 4-5# Bags | 25.76 | 77.28 |
| 20 | 20 | Case | | IW Mandarin Murcott Wedges | 50-2oz Bags | 49.55 | 991.00 |

**For order discrepancy please email ar@royalfreshcuts.com within 24 hours of delivery.**

Maintain temp at 34 degrees continuous

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| | Subtotal | **5963.46** |
| **Received by:** | Total Invoice | **5963.46** |
| **Time in:** | **Cases= 184   Splits= 184** | Adjusted |
| | | Total | **5963.46** |

# ROYAL
## — FRESH CUTS —

Royal Fresh Cuts

3675 Zip Industrial Blvd SE

Atlanta, GA 30354-2934
United States

# Invoice
# SI020417

Route:828                                                              Stop:0

217099/031523

Bill To:                                          Deliver To:
Farm Fresh Produce                                Farm Fresh Produce
Connie Puzyck                                     Connie Puzyck
1955 3rd Ave S.                                   1955 3rd Ave S.
ST PETERSBURG, FL 33712                           ST PETERSBURG, FL 33712
United States                                     United States

| Invoice No. | Invoice Date | Customer Account Code | | Terms |
|---|---|---|---|---|
| SI020417 | 5/16/2025 | FARMFRESH/ FARMFRESH | | Net 21 Days |
| **Our Order No.** | **Route / Stop** | **Sales Person** | **Order Taker** | **Purchase Order No.** |
| 217099 | 828/ 0 | | | 031523 |

| Quanity | | | Customer | | | | |
|---|---|---|---|---|---|---|---|
| Ordered | Shipped | UOM | Code | Description | Pack Size | Unit Price | Amount |
| 110 | 110 | Case | | IW Apple Grins | 100-2oz Bags | 22.50 | 2,475.00 |
| 25 | 25 | Case | | IW Carrot Baby | 100-2oz Bags | 22.10 | 552.50 |
| 20 | 20 | Case | | IW Mango Cubed | 50-3oz Bags | 48.85 | 977.00 |
| 4 | 4 | Case | | Onion Yellow Diced 1/4" | 4-5# Bags | 25.76 | 103.04 |
| 20 | 20 | Case | | IW Pineapple Cubed | 50-3oz Bags | 38.98 | 779.60 |
| 21 | 21 | Case | | W Apple Red Delicious | 125/138 Count | 30.50 | 640.50 |

**For order discrepancy please email ar@royalfreshcuts.com within 24 hours of delivery.**

**Maintain temp at 34 degrees continuous**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

|  |  |
|---|---|
| Subtotal | **5527.64** |
| **Received by:** _____ | Total Invoice | **5527.64** |
| **Time in:**        **Cases= 200   Splits= 200** | Adjusted |
| | Total | **5527.64** |

# ROYAL
## — FRESH CUTS —

Royal Fresh Cuts

3675 Zip Industrial Blvd SE

Atlanta, GA 30354-2934
United States

# Invoice
# SI024180

Route:812                                                                Stop:2

221048/033580

Bill To:                                          Deliver To:
Farm Fresh Produce                                Farm Fresh Produce- Vero Beach
Connie Puzyck                                     3700 9th St. SW
1955 3rd Ave S.                                   VERO BEACH, FL 32968
ST PETERSBURG, FL 33712                           United States
United States

| Invoice No. | Invoice Date | Customer Account Code | | Terms |
|---|---|---|---|---|
| SI024180 | 10/17/2025 | FARMFRESH/ FARMF-VEROBEACH | | Net 21 Days |
| Our Order No. | Route / Stop | Sales Person | Order Taker | Purchase Order No. |
| 221048 | 812/ 2 | | | 033580 |

| Quanity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ordered | Shipped | UOM | Customer Code | Description | Pack Size | Unit Price | Amount |
| 500 | 500 | Case | | IW Apple Grins | 100-2oz Bags | 22.50 | 11,250.00 |
| 265 | 265 | Case | | IW Beans Green | 50-2oz Bags | 38.65 | 10,242.25 |

**For order discrepancy please email ar@royalfreshcuts.com within 24 hours of delivery.**

Maintain temp at 34 degrees continuous

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

**Received by:** _____

**Time in:**          **Cases= 765   Splits= 765**

| | Amount |
|---|---|
| Subtotal | **21492.25** |
| Total Invoice | **21492.25** |
| Adjusted Total | **21492.25** |